Lester L. QUIGLEY, Jr., and Veronna Kay Lovell as Guardians and Conservators of Lester L. Quigley, Sr., Appellants,

v.

Donald M. WILSON and Janis D. Wilson, Appellees.

No. 89–1317.

Supreme Court of Iowa.

July 17, 1991.

As Amended Aug. 13, 1991.

Lylea Dodson Critelli of Nick Critelli Associates, P.C., Des Moines, for appellants.

L.P. Van Werden and Robert W. Reynoldson of Reynoldson, Van Werden, Kimes, Reynoldson & Lloyd, Osceola, for appellees.

Considered by McGIVERIN, C.J., and LARSON, LAVORATO, SNELL, and ANDREASEN, JJ.

PER CURIAM.

Upon due consideration of the issues presented in this case, we affirm the decision reached by the court of appeals.

It is ordered pursuant to Iowa Supreme Court Rule 10(c) that the court of appeals opinion be published.

DECISION OF COURT OF APPEALS AFFIRMED; JUDGMENT OF DISTRICT COURT AFFIRMED.